AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 21-8114-BER |
| RUDY PEREZ-DOMINGO | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _March 28, 2021_ in the county of _Palm Beach_ in the _Southern_ District of _Florida_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) | Illegal re-entry after deportation |

FILED BY _TM_ D.C.

**Apr 1, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Andy Korzen, HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (~~FaceTime~~) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: 4/1/21

_____
*Judge's signature*

City and state: West Palm Beach, FL

Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over seventeen years. I am currently assigned to the Homeland Security Investigations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Rudy PEREZ-DOMINGO committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about March 28, 2021, Rudy PEREZ-DOMINGO was arrested in Palm Beach County, Florida for battery and preventing communication with a law enforcement officer. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system resulting in a positive match for an individual previously removed from United States, that is, Rudy PEREZ-DOMINGO.

4. A review of the immigration alien file shows that Rudy PEREZ-DOMINGO is a native and citizen of Guatemala. Records further show that on or about

1

September 18, 2017, Rudy PEREZ-DOMINGO was ordered removed from the United States. The Order of Removal was executed on or about September 29, 2017, whereby Rudy PEREZ-DOMINGO was removed from the United States and returned to Guatemala.

5. Rudy PEREZ-DOMINGO's fingerprints taken in connection with his March 28, 2021 arrest in Palm Beach County were scanned into the IAFIS system. The results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is, Rudy PEREZ-DOMINGO.

6. A records check was performed in the Computer Linked Application Informational Management System (CLAIMS) to determine if Rudy PEREZ-DOMINGO filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Rudy PEREZ-DOMINGO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States, as required by law.

7. Based on the foregoing, I submit that probable cause exists to believe that, on or about March 28, 2021, Rudy PEREZ-DOMINGO, an alien who was previously deported and removed from the United States, was found in the United States, without having received express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of

Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 in West Palm Beach, Florida this 1st day of April 2021.

BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-8114-BER

UNITED STATES OF AMERICA

v.

RUDY PEREZ-DOMINGO

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes  ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes  ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY: *Rinku Tribuiani*

Rinku Tribuiani
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:     (561) 820-8711
Fax:    (561) 820-8777
Email:  RTribuiani@usa.doj.gov